**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    17-10064 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00114-APG |
| v. | |
| JESUS ANTONIO DIAZ-FLORES, a.k.a. Jesus Diaz-Flores, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Andrew P. Gordon, District Judge, Presiding

Submitted January 16, 2018[**]

Before:    REINHARDT, TROTT, and HURWITZ, Circuit Judges.

Jesus Antonio Diaz-Flores appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for possession with

intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1),

(b)(1)(A)(i).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Diaz-Flores's

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Diaz-Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Diaz-Flores waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**